**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

MARVIN XABRIAN HORSLEY,

     Plaintiff,

v.                                                    Case No. 8:25-cv-3285-KKM-NHA

JOSEPH S. PUGLIA,

     Defendant.

_____

**<u>ORDER</u>**

With his consent, I transfer this case to the Honorable John L. Badalamenti under Local Rule 1.07(a). The Clerk is directed to reassign this case to Judge Badalamenti for all further proceedings.

**ORDERED** in Tampa, Florida, on March 30, 2026.


Kathryn Kimball Mizelle
United States District Judge